## STATEMENT OF FACTS

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for 16 years. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. During my employment with the FBI, I have conducted and/or overseen numerous counterintelligence and counterterrorism investigations. I have training and experience in the enforcement of the laws of the United States and as a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

The Federal Bureau of Investigation ("FBI") is investigating Jon Thomas MOTT (aka "JT Mott" or "MOTT") regarding his involvement in breaching the U.S. Capitol building on January 6, 2021, and the investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(C)(i),(D) & (G).

**Freedom News video:**  Law enforcement obtained a video recording that was recorded inside the Capitol Building on January 6, 2021 by Freedom News.  The video records a person, later identified as Jon Thomas MOTT (aka "JT Mott" or "MOTT") inside the Rotunda area of the Capitol building.  In the Freedom News video, the footage depicts MOTT with swollen eyes, pouring water on another person's face.  This behavior is indicative of recovery from tear gas or similar chemical irritant, which was deployed by law enforcement on January 6, 2021, in an effort to subdue rioters seeking entry into the Capitol.  A still image from the Freedom News video is below:



**Body-worn camera video**:  I reviewed body-worn footage from cameras worn by members of the Metropolitan Police Department ("MPD") standing inside the Capitol Rotunda, in an effort to deny the rioters the ability to maneuver through the Rotunda.  Numerous body-worn cameras recorded MOTT inside the Rotunda area of the U.S. Capitol Building on January 6, 2021.







In one body-worn camera video, at approximately 3:00 p.m., MOTT joined a group of rioters, who were yelling at the MPD officers. These MPD officers were attempting to restrict the rioters from moving through the exit that led to other sections of the Capitol building.



At approximately 3:01 p.m., MOTT has an interaction with an MPD officer, who is utilizing his baton in an attempt to restrict the rioters from moving through the exit. MOTT can be heard telling the MPD officer, "don't touch me," and "if you don't touch me, I won't touch you," and then pushing against the MPD officer's baton.

In several MPD body-worn camera videos, MOTT is recorded with a large group of rioters inside the Capitol Rotunda, while holding a digital device in his hand.



**Witnesses**: Since the events at the U.S. Capitol, the FBI has received information from Witness #1 - #3 who provided information regarding MOTT's potential involvement in breaching the Capitol.

a. **_Witness #1:_** On or about January 7, 2021, Witness #1 submitted an electronic tip to the FBI National Threat Operations Center, advising that s/he observed Individual #1, an associate of MOTT, post content to Facebook that linked him to the U.S. Capitol riot. In a Facebook post, Individual #1 tagged another person at the Capitol, later identified as MOTT.

In a follow-up interview with Witness #1, Witness #1 described Individual #1 as an

acquaintance and a classmate s/he knew from high school in Arizona, and that s/he was friends with Individual #1 on Facebook.  Witness #1 provided law enforcement with a screenshot of a Facebook post, and Witness #1 verified the screen shot was posted on Individual #1's Facebook account.  The Facebook profile picture consisted of a man wearing a wide-brimmed hat, sunglasses, and holding a fish.

Witness #1 advised s/he paid more attention to Individual #1's posts on January 6, 2021, because Witness #1 was aware that Individual #1 left his family to go to Washington, D.C. for the rally.  Witness #1 provided law enforcement with screenshots of several Facebook posts that s/he reported were posted on Individual #1's Facebook account on or about January 6, 2021.  One of the screenshots captured a post in which Individual #1 tagged "JT Mott" in a description of his/her observations of Washington, D.C., the day before the "big day:"



Another screenshot that Witness #1 provided consisted of a post where Individual #1 named "J.T." and declared "we did it":

"I'm ok. We did it. JT and I got separated for about 20 minutes but I've made contact with him.  He's better than ok.  I'm now trying to get us the hell out of here.  Good work patriots. Protecting pedophiles and denying people freedom don't fly here.  The silent majority has spoken.  Let this be a lesson.  We'll do it again if we have to!"



b. *__Witness #2:__*  On or about January 9, 2021, Witness #2 provided an electronic tip to the FBI and stated that s/he was a friend of one of Individual #1's friends on Facebook.  Witness #2 submitted a screenshot of Facebook content, depicting a post by a Facebook user with page name ["Individual #1."]  The Facebook profile picture consisted of a man wearing a wide-brimmed hat, sunglasses, and holding a fish, which appeared to be the same profile photo identified by Witness #1 based on the same page name and photograph.

Witness #2 advised law enforcement that s/he observed a repost of "Individual #1's" Facebook content, which was posted by a Facebook friend of Witness #2.  Specifically, Witness #2 submitted a screenshot that shows a Facebook post that consisted of a still image of a man's face that appears to be a frame from a video post.  Witness #2's Facebook friend posted the actual video, and the video appeared to be a "live" video, meaning that it was streaming content uploaded to Facebook in real time.  The "live" video appeared to be recorded inside a moving vehicle and it was dark outside of the vehicle.  In the same Facebook post, and above the still photo, Witness #2's Facebook friend posted, "my friend was there….he was at ground 0 . . . ." referring to Individual #1.



Law enforcement subsequently reviewed the video, and Individual #1 appears to discuss the riots at the Capitol building, and mentions twice that "J.T." was with Individual #1 during the events of the day and that "we are on the way home."

c.  *Witness #3*: On January 15, 2021, Witness #3, who has associated with Individual #1 on a regular basis for many years and has a pending legal dispute with him, was interviewed telephonically. Witness #3 reported that Individual #1 traveled to Washington, D.C. to participate in the protest, leaving Oklahoma on or about January 3, 2021, and returning on approximately January 8, 2021. Witness #2 identified MOTT as the friend of Individual #1 that traveled with Individual #1 to Washington D.C. Witness #3 stated that Individual #1 told Witness #3 that he was inside the U.S. Capitol Building on January 6, 2021. According to Witness #3, Individual #1 also stated that he was hit in the head with a pepper-spray canister while inside the building and left soon after, while MOTT moved further inside the building.

Witness #3 stated that Individual #1 showed several videos/photos to Witness #3 that recorded Individual #1 and MOTT inside the U.S. Capitol Building, pushing their way into the building and another video as he was leaving the building. Based on the videos/photos and Individual #1's own words, Witness #3 assessed that Individual #1 entered the Capitol Building with MOTT.

*Facebook account for Hope Anderson-Mott:* Law enforcement determined that the spouse of MOTT is Hope Anderson-Mott. Further investigation determined that a Facebook account existed under the name of Hope Anderson-Mott, with the vanity name of "akmomma2boys." A subpoena to Facebook for subscriber information confirmed the Facebook user identification number (user ID) associated with this account is 1822055464 and the name provided to Facebook by the account holder is Hope Anderson-Mott.

a.      **<u>GoFundMe accounts:</u>**  On January 3, 2021, the account "akmomma2boys," using the name Hope Anderson-Mott, posted a link to a GoFundMe account, along with a posted comment, "… are leaving from Oklahoma/Arka … ["Individual #1"] needs your support."[1]



FBI personnel identified a cached version of a defunct GoFundMe page, entitled "Protesting corruption in DC on Jan 6th." According to the GoFundMe site, the page organizer was listed as Individual #1 from El Reno, OK, and that he was soliciting donations to fund his travel to Washington, D.C. to participate in protests on January 6, 2021. An image of the GoFundMe page is produced below.



On March 10, 2021, GoFundMe provided the subscriber information for the account, including that the name provided by the account holder was Individual #1. In the GoFundMe page, Individual #1 referred to his trip to Washington D.C., and indicated that he was traveling with another person, stating, "Myself and at least one other fellow patriot are travelling from Oklahoma/ Arkansas for Washington DC

---

[1]     Law enforcement determined that Jon MOTT resided in Arkansas, and Individual #1 resided in Oklahoma at the time of the posts.

b.      *January 6, 2021 post:*  On January 6, 2021, another comment was posted on Hope Anderson-Mott Facebook page, stating, "… everyone keeping up with JT Mott and ["Individual #1,"] they are out of DC and safe."



Law enforcement served Facebook with preservation letters for both identifiers that they obtained for the Facebook account with the user name of Hope Anderson-Mott, and subsequently a subpoena for basic subscriber information related to the account with the vanity name "akmomma2boys."  On or about March 4, 2021, Facebook provided the requested subscriber information, and the records indicate that the name provided by the account holder was Hope Anderson-Mott.

**Identification:**  On or about January 28, 2021, law enforcement conducted physical surveillance of MOTT at his place of employment, the Bean Barn, located at 100 Girard Street, Flippin, Arkansas.  Investigators observed MOTT at his place of employment, and noted a 2011 Ford Fiesta with Arkansas, license plate 719RXP, parked at that location.  Subsequent investigation determined that the 2011 Ford Fiesta was registered to MOTT.

On February 5, 2021, law enforcement conducted additional surveillance of MOTT at the Bean Barn, and noted a distinctive tattoo on the ring finger of MOTT's left hand.  This same tattoo is visible in the previously-mentioned screenshot from the Freedom News video (see photo below):



I have reviewed the previously-mentioned screenshots from the Freedom News video and

the MPD body-worn camera videos, and also obtained a copy of Jon MOTT's Arkansas's driver's license that contained a photograph of Jon MOTT. I compared the images from the screenshots and MOTT's driver's license, and they appear visually to be the same person.[2]

**Target Offenses:**  Based on the foregoing, I submit that there is probable cause to believe that Jon MOTT violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I submit there is also probable cause to believe that Jon MOTT violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

_____
Catherine B. Rovinski
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of May, 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

---

[2] In addition, law enforcement served Facebook with preservation letters for a Facebook account with the user name of "Jon Mott," and subsequently a subpoena for basic subscriber information related to the account with the user name "jt.mott.9" with the associated UID number 100000024189300, and "jt.mott.33" with the associated UID number 100021555046838.  On or about March 4, 2021, Facebook provided the requested subscriber information, and the records indicate that the name provided by the account holder for both accounts was JT Mott.