# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-CR-464-RCL** |
| : | |
| **JON MOTT,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION FOR CONTINUANCE AND BRIEF STATUS REPORT

The United States, by and through its attorney, and Defendant, by and through his attorney, (collectively, "the Parties"), respectfully submit this motion to continue the next status hearing, currently set for January 21, 2022 at 1:30pm, and state as follows:

1. On July 13, 2021, Defendant was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(D); and (Count Four) Parading Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(G). ECF 14.

2. The Defendant has been out on bond since his initial arrest on May 13, 2021. Defendant remains compliant with conditions of release.

3. On May 21st, and on July 23rd, 2021, the parties appeared for video status conferences in this matter, and the Court ordered the exclusion of time through September 23, 2021. On September 17, 2021, and again on November 19, 2021, the Court granted continuances

in this case and ordered the exclusion of time under the Speedy Trial Act (collectively) through January 21, 2022. The next status conference in this matter is scheduled for January 21, 2022 at 1:30 pm.

4. Since November 19, 2021, the government has provided the defendant with substantial discovery via USAFx. Such discovery, via Global Productions 8 and 9, includes: (1) 2 new reports with 16 related exhibits of investigations of alleged wrongdoing by U.S. Capitol Police (USCP); (2) 40 additional digital exhibits related to previously produced USCP OPR reports; (3) detailed zone maps of the U.S. Capitol area for Body Worn Cameras (BWC); (4) BWC summary spreadsheet tracker version 1; (5) a timeline of January 6, 2021 events from USCP; (5) 162 Use of Force reports from USCP; (7) 64 audio recordings of Virginia State Police radio communications; and (8) indexes for BWC files shared in earlier discovery productions. Discovery via Global Production 10 will be provided to defense on or before January 21, 2022.

5. Parties agree to the exclusion of time under the Speedy Trial Act until the date of the rescheduled hearing, as good cause and the interest of justice outweigh defendant's and the public's interest in a speedy trial.

6. Parties seek a 60-day continuance of this matter and to excluding the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Parties believe this time will allow for further production and review of discovery and will facilitate resolution of this case short of trial.

/

/

WHEREFORE, parties respectfully request that the next status hearing in this matter, presently scheduled for January 21, 2022, be continued for 60 days and that the Court find that, in the interest of justice, the time between now and the next status hearing be excluded from the speedy trial calculations.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

                                              By:         /s/
                                              GRACIELA R. LINDBERG
                                              Assistant United States Attorney
                                              Texas Bar No. 00797963
                                              11204 McPherson Road, Suite 100A,
                                              Laredo, Texas 78041
                                              956-721-4960
                                              graciela.lindberg@usdoj.gov


                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              By:         /s/
                                              Michelle (Shelli) Peterson
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, D.C.   20004
                                              (202) 208-7500
                                              Shelli_peterson@fd.org