**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 21-CR-464 (RCL)** |
| ) | |
| **JON THOMAS MOTT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Joseph William Allen and good cause having been shown, it is this _____ day of _____ _____, 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that Joseph William Allen shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Joseph William Allen is permitted to execute all pleadings in this case without the necessity of Attorney Allen H. Orenberg being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
United States District Judge