UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>) <br>) **Case No. 1:21-CR-00464 (RCL)**<br>)<br>**JON THOMAS MOTT,** )<br>)<br>**Defendant.** )<br>_____ ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Modify Bond Conditions to Permit Subsistence Hunting, it is this  26   day of  September , 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that Defendant, Jon Thomas Mott, is permitted to use his lawfully owned firearms to engage in the practice of subsistence hunting and, further

ORDERED that Defendant is not to keep or store any firearms or ammunition at his residence or place of employment and, further

ORDERED that Defendant is to comply with all other conditions of his bond and those imposed by Pre Trial Release.

Dated  26 , day of  September , 2022.

/s/ Royce C. Lamberth
_____
Honorable Royce C. Lamberth
United States District Court Judge